**AMENDMENT TO GROUP CONTRACT NO. GW-23521**

By their signatures below, the Contract Holder and Prudential agree that the Group Contract is changed as follows:

- Each insurance form listed in Column I below is attached to this Amendment; it forms part of the Group Contract as of its Effective Date. Each form listed in Column I replaces, as of its Effective Date, the corresponding insurance form(s), if any, listed in Column II.

  | **Column I** | **Column II** |
  |---|---|
  | These forms with an 83500 prefix: | These forms with an 83500 prefix: |
  | SCH 1001 (S-1)<br>effective January 1, 2001 | SCH 1001<br>effective June 18, 1999 |
  | SCH 1001 (S-1)<br>effective January 1, 2004 | SCH 1001 (S-1)<br>effective January 1, 2001 |
  | SCH 1001(S-1)<br>effective January 1, 2006 | SCH 1001 (S-1)<br>effective January 1, 2004 |

- The Notice of Change listed below is attached to this Amendment and forms part of the Group Contract as of its Effective Date.

  Notice of Change coded 83500 BNC 1001 (23521, BNC, All Employees, Ed 1-2006, 10), effective January 1, 2001.

- The Amendments to the Group Contract dated at Livingston, NJ on March 10, 2004 and November 4, 2005 is hereby declared null and void as of its effective date.

Date: _____, 20___    - OFFICE ENVIRONMENTS OF NEW ENGLAND, LLC. -
　　　　　　　　　　　　　　　　　　　　　　(Contract Holder)

Witness: _____    By: _____
　　　　　　　　　　　　　　　　(Signature and Title)

Livingston, NJ    THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

By: *Michael G. Few* to
Vice President, Contracts

January 30, 2006

83500
AMD 1001    A
**D 0307**

# Schedule of Plans

**Effective Date:** January 1, 2001

**Group Contract No.:** GW-23521

This Schedule of Plans sets forth the Plan of Benefits that applies to each Covered Class under the Group Contract listed below as of the Effective Date. The Plan of Benefits for a Covered Class is determined by: (1) the Group Insurance Certificates that apply to the Covered Class; and (2) any modification to those Certificates, provided the modification is listed below or included in an amendment to the Group Contract. A copy of each Certificate and any modification to it are attached to the Group Contract and made a part of it.

**Covered Class:**

All Employees included in the Covered Classes of the Group Insurance Certificate(s) listed below.

    **Plan of Benefits that Applies to this Covered Class:**

(1) The Coverage(s) described in the Group Insurance Certificate prepared for the Group Contract shown above:

    (a) With the Program Date of January 1, 2001;

    (b) and bearing the code "23521, LTD, STD, All Employees, Ed 1-2006 ".

(2) The Coverage(s) described in the Group Insurance Certificate prepared for the Group Contract shown above:

    (a) With the Program Date of June 18, 1999;

    (b) and bearing the code "23521, L/W/LTD-Owners, Ed 9-99".

(3) The Coverage(s) described in the Group Insurance Certificate prepared for the Group Contract shown above:

    (a) With the Program Date of June 18, 1999;

    (b) and bearing the code "23521, L/W/LTD-Hrly; Ed 9-99".

(4) The Coverage(s) described in the Group Insurance Certificate prepared for the Group Contract shown above:

    (a) With the Program Date of June 18, 1999;

    (b) and bearing the code "23521, L/W/LTD-Sal; Ed 9-99".

———————————

# Schedule of Plans

**Effective Date:** January 1, 2004

**Group Contract No.:** GW-23521

This Schedule of Plans sets forth the Plan of Benefits that applies to each Covered Class under the Group Contract listed below as of the Effective Date. The Plan of Benefits for a Covered Class is determined by: (1) the Group Insurance Certificates that apply to the Covered Class; and (2) any modification to those Certificates, provided the modification is listed below or included in an amendment to the Group Contract. A copy of each Certificate and any modification to it are attached to the Group Contract and made a part of it.

**Covered Class:**

All Employees included in the Covered Classes of the Group Insurance Certificate(s) listed below.

    **Plan of Benefits that Applies to this Covered Class:**

(1) The Coverage(s) described in the Group Insurance Certificate prepared for the Group Contract shown above:

    (a) With the Program Date of January 1, 2004;

    (b) and bearing the code "23521, LIFE-ADD, Owners, Ed 1-2006, 7 ".

(2) The Coverage(s) described in the Group Insurance Certificate prepared for the Group Contract shown above:

    (a) With the Program Date of January 1, 2004;

    (b) and bearing the code "23521, LIFE-ADD, All Employees Other than Owners, Ed 1-2006, 8".

(3) The Coverage(s) described in the Group Insurance Certificate prepared for the Group Contract shown above:

    (a) With the Program Date of January 1, 2004;

    (b) and bearing the code "23521, STD-LTD, Directors, President, Vice Presidents, CEO and Controllers, Ed 1-2006".

(4) The Coverage(s) described in the Group Insurance Certificate prepared for the Group Contract shown above:

    (a) With the Program Date of January 1, 2004;

    (b) and bearing the code "23521, STD-LTD, All Employees other than Directors, President, Vice Presidents, CEO and Controllers, Ed 1-2006"".

                        _____

# Schedule of Plans

**Effective Date:** January 1, 2006

**Group Contract No.:** GW-23521

This Schedule of Plans sets forth the Plan of Benefits that applies to each Covered Class under the Group Contract listed below as of the Effective Date. The Plan of Benefits for a Covered Class is determined by: (1) the Group Insurance Certificates that apply to the Covered Class; and (2) any modification to those Certificates, provided the modification is listed below or included in an amendment to the Group Contract. A copy of each Certificate and any modification to it are attached to the Group Contract and made a part of it.

**Covered Class:**

All Employees included in the Covered Classes of the Group Insurance Certificate(s) listed below.

    **Plan of Benefits that Applies to this Covered Class:**

(1) The Coverage(s) described in the Group Insurance Certificate prepared for the Group Contract shown above:

    (a) With the Program Date of January 1, 2006;

    (b) and bearing the code "23521, LIFE-ADD, Director, Controller, Vice President, President and CEO, Ed 1-2006, 5".

(2) The Coverage(s) described in the Group Insurance Certificate prepared for the Group Contract shown above:

    (a) With the Program Date of January 1, 2006;

    (b) and bearing the code "23521, LIFE-ADD, All Employees O-T Director, Controller, Vice President, President and CEO, Ed 1-2006, 6".

(3) The Coverage(s) described in the Group Insurance Certificate prepared for the Group Contract shown above:

    (a) With the Program Date of January 1, 2004;

    (b) and bearing the code "23521, STD-LTD, Directors, President, Vice Presidents, CEO and Controllers, Ed 1-2006".

(4) The Coverage(s) described in the Group Insurance Certificate prepared for the Group Contract shown above:

    (a) With the Program Date of January 1, 2004;

    (b) and bearing the code "23521, STD-LTD, All Employees other than Directors, President, Vice Presidents, CEO and Controllers, Ed 1-2006"".

_____